UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALICIA CHAPMAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 2:20-cv-01858-EJY<br><br>**ORDER** |

Before the Court is Plaintiff Alicia Chapman's Amended Complaint. ECF No. 6.

On October 7, 2020, this Court granted Plaintiff's Application to Proceed *in forma pauperis* (ECF No. 1), and dismissed Plaintiff's Complaint (ECF No. 2) without prejudice with leave to amend. ECF No. 5.

As stated in the prior Order, a plaintiff must satisfy the following procedural requirements in order to file a complaint in a Social Security appeal before a federal district court: (1) the plaintiff must establish that she has exhausted her administrative remedies pursuant to 42 U.S.C. § 405(g), and that the civil action was commenced within sixty days after notice of a final decision; (2) the complaint must indicate the judicial district in which the plaintiff resides; (3) the complaint must state the nature of the plaintiff's disability and when the plaintiff claims she became disabled; and, (4) the complaint must contain a plain, short, and concise statement identifying the nature of the plaintiff's disagreement with the determination made by the Social Security Administration and show that the plaintiff is entitled to relief. *Montoya v. Colvin*, Case No. 2:16-cv-00454-RFB-NJK, 2016 WL 890922, at \*2 (D. Nev. Mar. 8, 2016) (internal citations omitted).

Plaintiff's Amended Complaint represents that she has exhausted her administrative remedies and timely commenced this action after the Social Security Administration's Appeal Council denied her request for review. ECF No. 6 ¶ 4-5. The Amended Complaint further indicates the judicial district within which Plaintiff resides. *Id.* ¶ 1. Plaintiff also alleges that she has been disabled since August 1, 2015. *Id.* ¶ 7. Finally, Plaintiff's Amended Complaint contends the ALJ

1

committed reversible error by relying on the vocational expert testimony without first reconciling the "frequent" reaching Plaintiff's past relevant work requires with the "occasional" reaching the ALJ opined Plaintiff could perform. *Id*. ¶ 8-10. Plaintiff's Amended Complaint shall therefore proceed against Defendant.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Amended Complaint (ECF No. 6) **shall** proceed against Defendant.

IT IS FURTHER ORDERED that the Clerk of the Court **shall** file Plaintiff's Amended Complaint (ECF No. 6).

IT IS FURTHER ORDERED that the Clerk of the Court **shall** serve the Commissioner of the Social Security Administration by sending a copy of the Summons and Amended Complaint by certified mail to: (1) Office of the Regional Chief Counsel, Region IX, Social Security Administration, 160 Spear Street, Suite 800, San Francisco, CA 94105, and (2) the Attorney General of the United States, Department of Justice, 950 Pennsylvania Ave. NW, Washington DC 20530.

IT IS FURTHER ORDERED that the Clerk of the Court **shall** issue Summons to the United States Attorney for the District of Nevada, and deliver the Summons and Amended Complaint to the U.S. Marshal for service.

IT IS FURTHER ORDERED that Defendant **shall** have **sixty (60) court days** from the date of service to file his answer or responsive pleading to Plaintiff's Amended Complaint in this case.

IT IS FURTHER ORDERED that, henceforth, Plaintiff **shall** serve upon Defendant a copy of every pleading, motion, or other document submitted for consideration by the Court. Plaintiff shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to Defendant. The Court may disregard any paper received by a district judge, magistrate judge, or the Clerk of the Court which fails to include a certificate of service.

Dated this 13th day of October, 2020.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE